1  Gary D. Mann (State Bar No. 158453)
2  Email: gmann@fitcheven.com
   **FITCH EVEN TABIN & FLANNERY**
3  21700 Oxnard St., Suite 1740
   Woodland Hills, CA 91367
4  Telephone: 818-715-7025
5  Fax: 818-715-7033
   Attorneys for Plaintiffs
6  RPA International Pty. Ltd., Nufurn, Inc. and
   Dennis Michael Krawchuk
7

FILED
CLERK, U.S. DISTRICT COURT
MAR 11 2008
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

LODGED
2008 MAR -7 PM 3:51
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY _____

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

RPA International Pty., Ltd., Nufurn, Inc. and Dennis Michael Krawchuk,

    Plaintiffs,

vs.

Compact International, Inc., Lee Johnson, PRE Sales, Inc., Eric Sales, BZ Global Sdn. Bhd., BZ Global (H.K.) Limited, Chee Choon Cheah, and Kok Cheong Soo,

    Defendants

)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. **CV08-01610 AHM (RCx)**

[proposed] **ORDER FOR GLEN ELDER TO APPEAR AND SHOW CAUSE WHY HE SHOULD NOT BE HELD IN CONTEMPT**

Courtroom: 14
Hearing date: March 24, 2008
Hearing time: 10:00 a.m.

    Plaintiffs RPA International Pty Ltd., Nufurn, Inc. and Dennis Michael Krawchuk having applied *ex parte* for an order to show cause re: contempt

ORDER TO SHOW CAUSE

-1-

Dockets.Justia.com

against Mr. Glen Elder, an individual, for failure to comply with a subpoena issuing from this Court requiring him to produce certain documents;

And this Court having considered the arguments and submission of the Plaintiffs herein;

And good cause appearing therefor;

THE COURT HEREBY ENTERS THE FOLLOWING ORDER:

1. On _March 24_, 2008, at _10:00_ a.m./~~p.m.~~, Mr. Glenn Elder shall appear before this Court, located at 312 N. Spring St., Los Angeles, CA 90012, and show cause why he should not be held in contempt for failure to comply with the subpoena that has been served upon him;

2. During this hearing, the Court will address Plaintiffs' request for an order requiring Mr. Elder to produce and supplement the production of certain documents and requiring Mr. Elder to pay for Plainitiffs' costs and attorneys' fees for this *Ex Parte* application; and

3. Plaintiffs' counsel shall ~~attempt~~ make personal service on Mr. Glen Elder of a copy of Plaintiff's Ex Parte Application papers and a copy of this Order. [AHM]

4. Mr. Elder may avoid having to show cause if he complies with the subpoena and if he does Plaintiffs shall notify the Court. [AHM]

IT IS SO ORDERED this _11th_ day of _March_ 2008.

Dated: _March 11_, 2008            _[signature]_

United States District Judge

ORDER TO SHOW CAUSE

-2-