1  Gary D. Mann (State Bar No. 158453)
   Email: gmann@fitcheven.com
2  **FITCH EVEN TABIN & FLANNERY**
3  21700 Oxnard St., Suite 1740
   Woodland Hills, CA 91367
4  Telephone: 818-715-7025
   Fax: 818-715-7033
5  Attorneys for Plaintiffs
6  RPA International Pty. Ltd., Nufurn, Inc. and
   Dennis Michael Krawchuk
7

FILED
CLERK, U.S. DISTRICT COURT
MAR 11 2008
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

LODGED
2008 MAR -7 PM 3:51
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY _____

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

|  |  |
|---|---|
| RPA International Pty., Ltd., Nufurn, Inc. and Dennis Michael Krawchuk,<br><br>Plaintiffs,<br><br>vs.<br><br>Compact International, Inc., Lee Johnson, PRE Sales, Inc., Eric Sales, BZ Global Sdn. Bhd., BZ Global (H.K.) Limited, Chee Choon Cheah, and Kok Cheong Soo,<br><br>Defendants | Case No.<br>**CV08-01610 AHM (RCx)**<br>[proposed] **ORDER FOR GLEN ELDER TO APPEAR AND SHOW CAUSE WHY HE SHOULD NOT BE HELD IN CONTEMPT**<br>Courtroom: 14<br>Hearing date: March 24, 2008<br>Hearing time: 10:00 a.m. |

Plaintiffs RPA International Pty Ltd., Nufurn, Inc. and Dennis Michael

Krawchuk having applied *ex parte* for an order to show cause re: contempt

ORDER TO SHOW CAUSE
-1-

against Mr. Glen Elder, an individual, for failure to comply with a subpoena issuing from this Court requiring him to produce certain documents;

And this Court having considered the arguments and submission of the Plaintiffs herein;

And good cause appearing therefor;

THE COURT HEREBY ENTERS THE FOLLOWING ORDER:

1. On __March 24__, 2008, at __10:00__ a.m./~~p.m.~~, Mr. Glenn Elder shall appear before this Court, located at 312 N. Spring St., Los Angeles, CA 90012, and show cause why he should not be held in contempt for failure to comply with the subpoena that has been served upon him;

2. During this hearing, the Court will address Plaintiffs' request for an order requiring Mr. Elder to produce and supplement the production of certain documents and requiring Mr. Elder to pay for Plainitiffs' costs and attorneys' fees for this *Ex Parte* application; and

3. Plaintiffs' counsel shall ~~attempt~~ make personal service on Mr. Glen Elder of a copy of Plaintiff's Ex Parte Application papers and a copy of this Order.

4. Mr. Elder may avoid having to show cause if he complies with the subpoena and if he does Plaintiffs shall notify the Court. AHM

IT IS SO ORDERED this __11th__ day of __March__ 2008.

Dated: __March 11__ 2008

_____
United States District Judge

ORDER TO SHOW CAUSE

-2-